Submitted on record and briefs October 9, reversed and remanded November 4, 1992

## ERIK CHRISTIAN RISE,
*Appellant,*

*v.*

## Carl ZENON,
Superintendent,
Oregon State Correctional Institution,
*Respondent.*

(91C-10271; CA A73690)

839 P2d 289

Lester E. Seto, Salem, filed the brief for appellant.

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Deits, Judge.

PER CURIAM

## PER CURIAM

The conviction that petitioner challenges in this post-conviction proceeding became final before the effective date of the amendment of ORS 138.510(2). Or Laws 1989, ch 1053, § 18. The state concedes that the post-conviction court erred in dismissing the petition. We accept the concession. *Boone v. Wright,* 314 Or 135, 836 P2d 727 (1992).

Reversed and remanded.